```
         UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
              CHARLESTON DIVISION
```

**SHAWN R. WEARS,**

      **Plaintiff,**

**v.**                                 **Civil Action No. 2:07-0323**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Mary E. Stanley, entered on July 1, 2008; and the magistrate judge having recommended that the court deny plaintiff's motion for judgment on the pleadings; and the magistrate judge having further recommended that the court grant defendant judgment on the pleadings, affirm the final decision of the Commissioner, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

      1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

      2.   The plaintiff's motion for judgment on the pleadings be, and it hereby is, denied;

      3.   The defendant be, and he hereby is, granted judgment on the pleadings; and

      4.   The decision of the Commissioner be, and it hereby is, affirmed.

      The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: July 25, 2008

_____
John T. Copenhaver, Jr.
United States District Judge